O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES VARELA, et al.,<br><br>    Defendant(s).<br>_____ | Case No. CV 10-2441-JFW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither plaintiff nor defendants have filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//
//

1  IT IS THEREFORE ORDERED that (1) defendants' Motion to Dismiss plaintiff's excessive force claim as against defendants James Varela, Ruben Duenas, and Gregorio Vasquez is denied; (2) defendants' Motion to Dismiss plaintiff's prayer for injunctive relief is denied; and (3) defendants' Motion to Dismiss the remaining defendants and claims from the Second Amended Complaint and this action is granted, and therefore the following claims and defendants are dismissed: (a) the retaliation claim; (b) the due process claims; (c) the claim of deliberate indifference to medical needs; (d) the claim for failure to train; (e) the claims for violations of 42 U.S.C. §§ 1985, 1986 and state tort law; and (f) defendants Toni Trenda, Kenneth E. Thomas, Sr., A. Martinez, Kenneth E. Thomas, Jr., Emmanuel Du, and B.M. Cash.

Defendants Varela, Duenas, and Vasquez are ordered to answer the remaining claim in the Second Amended Complaint within 15 days of this Order.

DATED: December 3, 2012

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE