JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC WALKER,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES VARELA, et al.,<br><br>  Defendants. | Case No. CV 10-2441-JFW (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 9, 2015

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE